**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-000230-FDW-DSC**

| | |
|---|---|
| **KATHLEEN HORTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **DOLLAR GENERAL CORPORATION,**<br>**et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court following the filing of Defendants' "Motion to Compel" (document #13).

Defendants filed this Motion without first contacting the undersigned's chambers to schedule a telephone discovery conference as required by the "Case Management Order" <u>entered</u> by the Honorable Frank D. Whitney on June 3, 2014. <u>See</u> Document #12 at 5-6.

Accordingly, Defendants' "Motion to Compel" (document #13) is **STRICKEN**. In the event counsel cannot resolve the present dispute without the Court's involvement, they are directed to contact the undersigned's chambers to schedule a telephone conference.

The Clerk is directed to send copies of this Order to counsel of record; <u>and to the</u> <u>Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: September 1, 2014

David S. Cayer
United States Magistrate Judge